Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| DARRELL FREEMAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NAVY FEDERAL CREDIT UNION and EQUIFAX INFORMATION SERVICES, LLC.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-05997-BHS<br><br>**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT NAVY FEDERAL CREDIT UNION TO FILE RESPONSIVE PLEADING** |

THIS MATTER having come before the Court on defendant Navy Federal Credit Union's ("Navy Federal") Motion for Extension of Time to File Responsive Pleading, and the Court having considered the records and files herein, the Court hereby grants Navy Federal's Motion for Extension of Time to File Responsive Pleading.

IT IS HEREBY ORDERED that Navy Federal shall file its answer or response to the Complaint by February 6, 2025.

DATED this 7th day of January, 2025.

_____
Honorable Benjamin H. Settle
United States District Judge

Order on Motion for Extension 1 Case
No. 3:24-cv-05997-BHS

TROUTMAN PEPPER
LOCKE LLP
100 SW Main St., Suite 1000
Portland, OR 97204
T: 503.290.2322

Presented by:

*/s/ Thomas N. Abbott*
Thomas N. Abbott, WSBA No. 53024
TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Ste. 1000
Portland, OR 97204
Telephone: (503) 290-2322
Email: thomas.abbott@troutman.com

*Attorney for Defendant Navy Federal Credit Union*

305819487
Order on Motion for Extension 2
Case No. 3:24-cv-05997-BHS

TROUTMAN PEPPER
LOCKE LLP
100 SW Main St., Suite 1000
Portland, OR 97204
T: 503.290.2322